1

2                                           *E-FILED 06-30-2010*

3

4

5

6

7                              NOT FOR CITATION

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11    IN RE PETITION OF ISIDRE FAINÉ CASAS          No. C10-80112MISC JF (HRL)
      FOR AN ORDER TO TAKE DISCOVERY IN
12    AID OF A FOREIGN PROCEEDING                   **ORDER GRANTING IN PART AND
      PURSUANT TO 28 U.S.C. § 1782                  DENYING IN PART PETITION FOR
13                                                  DISCOVERY IN AID OF A FOREIGN
      ISIDRE FAINÉ CASAS,                           PROCEEDING**
14
                  Petitioner.                       **[Re:  Docket No. 1]**
15

16    _____/

17         Petitioner Isidre Fainé Casas, a citizen of Spain, alleges that an unknown imposter

18    opened two user accounts on Facebook, Inc. ("Facebook") in his name (and a variant of his

19    name) and published false and defamatory statements about him.  Pursuant to 28 U.S.C. § 1782,

20    he moves for leave to serve a Fed. R. Civ. P. 45 subpoena on Facebook for information in

21    connection with contemplated civil and criminal actions against the imposter(s) in Spain.  See

22    Intel Corp. v. Advanced Micro Devices, Inc., 542 U.S. 241 (2004).

23         Having considered the moving papers, the request will be granted in part and denied in

24    part.  Insofar as petitioner seeks discovery of the contents of stored communications, his request

25    is denied without prejudice.  His petition for leave to serve a subpoena on Facebook is

26    otherwise granted.  Any information disclosed to petitioner in response to the subpoenas may be

27    used by petitioner solely for the purpose of protecting his rights in the contemplated actions in

28    Spain.  By granting petitioner leave to conduct this discovery, this court does not intend to

**United States District Court**
For the Northern District of California

foreclose any valid objections that may be raised by persons and entities responding to these subpoenas or whose personal rights or privileges may be implicated with respect to the information sought.

SO ORDERED.

Dated:      June 30, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1    5:10-mc-80112-JF Notice has been electronically mailed to:

2    Tod L. Gamlen      Tod.Gamlen@bakermckenzie.com

3    Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the court's CM/ECF program.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California